UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

GENEVIEVE DEVELVIS,

       Plaintiff,

v.                      CASE NO.: 6:17-cv-1066-Orl-40GJK

CARETENDERS VISITING SERVICES
OF ORLANDO, LLC,

       Defendant.
_____/

## NOTICE OF MEDIATION

PLEASE TAKE NOTICE that the parties to this action have scheduled mediation for **Tuesday, February 13, 2018, at 10:00 a.m.**, before **Kay Wolf, Mediator**. Mediation is to be held at the law office of:

> **Fisher & Phillips LLP**
> **200 S. Orange Ave, Suite 1100**
> **Orlando, Florida 32801**

## CERTIFICATE OF SERVICE

I hereby certify that on August 1, 2017, I electronically filed the foregoing with the Clerk of Court by using CM/ECF system which will send a notice of electronic filing to all counsel of record.

       s/ Kimberly D. Webb
       Jill S. Schwartz, Attorney at Law
       Florida Bar No. 523021
       Kimberly D. Webb, Attorney at Law
       Florida Bar No. 0537306
       655 W. Morse Boulevard, Suite 212
       Winter Park, Florida 32789-3745
       Telephone: (407) 647-8911
       Facsimile: (407) 628-4994
       jschwartz@schwartzlawfirm.net
       kwebb@schwartzlawfirm.net
       Attorneys for Plaintiff

cc:    Kay Wolf, Mediator